# **EXHIBIT A**

**Schedule 1**

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 13.625% 2018 Bonds | US922646AT10 | 08/15/2018 | 1998 FAA | 25,000 | Feb. 15; Aug. 15 |
| 2 | 7.00% 2018 Bonds | USP97475AD26 | 12/01/2018 | 2001 FAA | 1,250,000 | June 1; Dec. 1 |
| 3 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 10,552,500 | Apr. 13; Oct. 13 |
| 4 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 2,610,000 | June 9; Dec. 9 |
| 5 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 30,700,800 | Feb. 23; Aug. 23 |
| 6 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 18,844,400 | May 7; Nov. 7 |
| 7 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 31,350,900 | Apr. 13; Oct. 13 |
| 8 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 2,191,700 | Apr. 21; Oct. 21 |
| 9 | 9.25% 2027 Bonds | US922646AS37 | 09/15/2027 | 1997 FAA | 712,000 | March 15; Sept. 15 |
| 10 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 7,108,400 | May 7; Nov. 7 |
| 11 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 1,988,500 | Feb. 5; Aug. 5 |
| 12 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 1,819,000 | Jan. 13; June 13 |
| 13 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 200,000 | March 31; Sept. 30 |