# **EXHIBIT B**

**Schedule 2**

| No. | Issue | ISIN | FAA | Principal Beneficially Held ($) | Scheduled Payment Dates (Annually) |
|---|---|---|---|---|---|
| 1 | Oil Obligations | XS0029484945 | 1990 FAA | 1,555,870 | Apr. 15; Oct. 15[1] |

---

[1] Pursuant to the Discount and Par Bond Exchange Agreement, the last Obligation Payment Date occurred on April 15, 2020.