```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/30/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTANA CREDIT OPPORTUNITIES FUND
SPC, ALTANA CREDIT OPPORTUNITIES
FUND 1 SP, and ALTANA FUNDS LTD.
CAYMAN,

          Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

          Defendant.

Case No. 1:23-cv-07217
[rel. 20 Civ. 8402 (AT)]

**ORDER**

It is hereby ORDERED that Plaintiffs shall effect service on Defendant by the method set forth in 28 U.S.C. § 1608(a)(4).

SO ORDERED.

Dated: August 30, 2023
New York, New York

ANALISA TORRES
United States District Judge