UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALTANA CREDIT OPPORTUNITIES FUND      Case No. 1:23-cv-07217-AT
SPC, ALTANA CREDIT OPPORTUNITIES
FUND 1 SP, and ALTANA FUNDS LTD.
CAYMAN,

                              Plaintiffs,

                  -against-

THE BOLIVARIAN REPUBLIC OF
VENEZUELA,

                              Defendant.
-----------------------------------------------------------X

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

TO: The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE that on the accompanying Consent Order Granting Substitution of Attorney, dated July 14, 2026, I move this Court for an Order granting Vinson & Elkins LLP's withdrawal as counsel of record for defendant The Bolivarian Republic of Venezuela ("Venezuela") and Vinson & Elkins LLP's removal from the Court's electronic filing notification system for this action. The law firm of Greenberg Traurig LLP will be substituted as counsel of record for Venezuela.

Dated: July 22, 2026                              Respectfully submitted,

                                                  **VINSON & ELKINS, LLP**

                                                  By: */s/ Marisa Antonelli*

                                                  Marisa Antonelli

1

1114 Avenue of Americas
New York, NY 10036
Tel.: (212) 237-0151

*Outgoing Attorneys for Defendant
The Bolivarian Republic of Venezuela*

2