**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Case No. 1:23-cv-07217-AT |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman (collectively, "Plaintiffs" or "Altana") file this notice voluntarily dismissing this action without prejudice. By this notice, filed before any answer or motion for summary judgment, dismissal of this action without prejudice is effective immediately. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Farkash v. Five Star Travel Inc.*, 841 F. App'x 278, 280 (2d Cir. 2021) (summary order) ("'[A]s long as the plaintiff has brought himself within the requirements of Rule 41, his reasons for wanting to do so are not for us to judge.' … The notice of dismissal itself 'closes the file.'" (quoting *Thorp v. Scarne*, 599 F.2d 1169, 1177 n.10, 1176 (2d Cir. 1979))); *Youssef v. Tishman Constr. Corp.*, 744 F.3d 821, 823-824 (2d Cir. 2014) ("It is undisputed that the plaintiff sought voluntary dismissal of the claim before any defendant filed an answer or motion for summary judgment. In such a case, the plain text of the rule provides that dismissal 'is without prejudice,' and affords no discretion in this respect to the district court." (footnote omitted)).

Dated: September 10, 2026

Respectfully submitted,

/s/ David W. Bowker
DAVID W. BOWKER
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6558
david.bowker@wilmerhale.com
*Counsel for Plaintiffs*